# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VINCE EDWARD JOHNSON,<br><br>    Plaintiff,<br><br>v.<br><br>C.O. WHITE, et al.,<br><br>    Defendants. | Case No.: 1:16-cv-00710-LJO-SAB (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, DENYING DEFENDANTS' MOTION TO REVOKE PLAINTIFF'S IN FORMA PAUPERIS STATUS, AND DIRECTING DEFENDANTS TO FILE A RESPONSE TO THE COMPLAINT WITHIN THIRTY DAYS<br><br>[ECF Nos. 17, 23] |

Plaintiff Vince Edward Johnson is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302. On April 6, 2017, the Magistrate Judge filed a Findings and Recommendations recommending that Defendants' motion to revoke Plaintiff's in forma pauperis status be denied. The Findings and Recommendations were served on the parties and contained notice that objections were to be filed within fourteen days. Over fourteen days have passed and no objections have been filed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

///

1

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed on April 6, 2017, are adopted in full;

2. Defendants' motion to revoke Plaintiff's in forma pauperis status is denied; and

3. Within thirty (30) days from the date of service of this order, Defendants shall file a response to the complaint.

IT IS SO ORDERED.

Dated: **April 26, 2017**  /s/ Lawrence J. O'Neill
UNITED STATES CHIEF DISTRICT JUDGE