# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VINCE EDWARD JOHNSON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>C.O. WHITE, et al.,<br><br>　　　　Defendants. | Case No.: 1:16-cv-00710-LJO-SAB (PC)<br><br>ORDER GRANTING DEFENDANTS' MOTION TO MODIFY THE DISCOVERY AND SCHEDULING ORDER<br><br>[ECF No. 31] |

Plaintiff Vince Edward Johnson is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

Currently before the Court is Defendants' motion to modify the discovery and scheduling order, filed September 14, 2017.

Good cause having been presented to the Court, it is HEREBY ORDERED that the deadline to file an exhaustion-related motion for summary judgment is extended to October 9, 2017.

IT IS SO ORDERED.

Dated: __**September 14, 2017**__　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1