UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VANCE EDWARD JOHNSON,<br><br>    Plaintiff,<br><br>v.<br><br>WHITE, et al.,<br><br>    Defendants. | Case No.: 1:16-cv-00710-LJO-SAB (PC)<br><br>ORDER DISCHARGING WRIT OF HABEAS CORPUS AD TESTIFICANDUM AS TO INMATE VANCE EDWARD JOHNSON, CDCR # P-48409 |

Plaintiff Vance Edward Johnson is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

A settlement conference in this matter commenced on September 18, 2017. Inmate Vance Edward Johnson, CDCR Inmate # P-48409, is no longer needed by the Court as a witness in these proceedings, and the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED.

IT IS SO ORDERED.

Dated: **September 18, 2017**

_____
UNITED STATES MAGISTRATE JUDGE